No. 68087.—California Floral Mfg. Co. et al. *v.* United States, protests 60/10593, etc. (Los Angeles).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of rice paper similar in all material respects to that the subject of *Floral Arts Studios et al.* v. *United States* (49 Cust. Ct. 43, C.D. 2359), the claim of the plaintiffs was sustained.